

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

hwexler@seyfarth.com
T (212) 218-3332

www.seyfarth.com

April 20, 2023

**VIA ECF**

Hon. John G. Koeltl
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Application granted.*
*So ordered.*
*/s/ JGK*
*U.S.D.J.*
*4/20/23*

**Re:   Zoltan v. Elevance Health, Inc. et al.**
**1:23-cv-01250-JGK**

Dear Judge Koeltl:

We represent the Defendants in the above-referenced matter. We write, pursuant to Your Honor's Individual Rules, to respectfully request a 30-day adjournment of Defendants' responsive pleading deadline. Plaintiff consents to this request.

Defendants' time to file a responsive pleading currently expires on April 24, 2023. Defendants respectfully request an extension through and including May 24, 2023. This extension request will enable Defendants to fully investigate the allegations in the Complaint and discuss the allegations with Plaintiff's counsel prior to filing a responsive pleading. This is Defendants' first request for an adjournment of its responsive pleading deadline and it does not impact any other deadline.

We thank the Court for its consideration of this request.

Respectfully submitted,

Seyfarth Shaw LLP

/s/ Howard Wexler

Howard Wexler