```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**SUSAN ZOLTAN,**

                **Plaintiff,**

      **- against -**

**ELEVANCE HEALTH, INC., ET AL.,**

                **Defendants.**

------------------------------------------------

23-cv-1250 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties are directed to file a Rule 26(f) report by **June 23, 2023.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **June 8, 2023**

                                          /s/ John G. Koeltl
                                         **John G. Koeltl**
                              **United States District Judge**