UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUSAN ZOLTAN, MD,
                Plaintiff(s)

                23 civ 1250 (JGK)

    -against-

ELEVANCE HEALTH, INC.,
                Defendant(s).
------------------------------------------------------------X

## ORDER

The matter having been referred to mediation on June 8, 2023,

The conference scheduled for July 13, 2023, at 12:00pm, is canceled.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         July 5, 2023